■ MARY C. PETRINO, Respondent, v EVELYN AMARGA et al., Appellants.—Order of the Supreme Court, Queens County, dated March 29, 1985, affirmed, with costs, for reasons stated by Justice Bambrick in his memorandum decision dated March 12, 1985. Gibbons, J. P., Thompson, Niehoff and Kunzeman, JJ., concur.